UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES, JR., | No. C 08-4439 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DERRAL G. ADAMS, warden, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner filing a second or successive petition if he ever obtains permission from the U.S. Court of Appeals for the Ninth Circuit to do so.

IT IS SO ORDERED AND ADJUDGED.

DATED: December 18, 2008

SUSAN ILLSTON
United States District Judge